UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LEONIDES CAGUANA,

                                             Plaintiff,                  Index No.: 7:24-cv-01279-PMH

           - against -                     ~~PROPOSED~~ JUDGMENT

YESHIVA GEDOLAH ZICHRON MOSHE
d.b.a. YESHIVATH ZICHRON MOSHE and
EPHRAIM SHER,
individually,

                                            Defendants.
-------------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on November 1, 2024 and Defendants Yeshiva Gedolah Zichron Moshe d.b.a. Yeshivath Zichron Moshe and Ephraim Sher having offered to allow an entry of judgment to be taken against them on all claims of Plaintiff Leonides Caguana, in the sum of $15,000, payable to Leonides Caguana; it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Leonides Caguana and against Defendants Yeshiva Gedolah Zichron Moshe d.b.a. Yeshivath Zichron Moshe and Ephraim Sher in the sum of $15,000.

SO ORDERED:

_____
Hon. Philip M. Halpern, U.S.D.J.

Dated: November __4__, 2024
       White Plains, New York